IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane, Jr.

Civil Action No. **14-cv-2978-JLK**

**CDR LEONARD H. DEEMER,**

     Plaintiff,

v.

**BOARD FOR CORRECTION OF NAVAL RECORDS,**

     Defendant.

---

## ORDER FOR TRANSFER
## TO COURT OF FEDERAL CLAIMS

---

Kane, J.

     This matter is before me on Plaintiff's Request for Transfer to Court of Federal Claims (Doc. 18).   The Request for Transfer to Court of Federal Claims (Doc. 18) is GRANTED.  The Clerk of Court is ORDERED to provide a certified copy of the record to the Clerk of the Federal Claims Court, including a copy of this Order granting the transfer of this case to the Court of Federal Claims.

     Dated this 6th day of August, 2015.

                         BY THE COURT:

                         **s/ John L. Kane**
                         SENIOR U.S. DISTRICT JUDGE